174 A.3d 520

PERFEITO ESTEVES AND MARIA ESTEVES, H/W, PLAINTIFFS–PETITIONERS, v. STATE OF NEW JERSEY, COUNTY OF PAS-SAIC AND BOROUGH OF HAWTHORNE, DEFENDANTS, AND AJM CONTRACTORS, INC., DEFENDANT/THIRD PARTY PLAINTIFF-RESPONDENT, AND BOROUGH OF HAW-THORNE, DEFENDANT/THIRD–PARTY PLAINTIFF, v. ROCH-DALE INSURANCE COMPANY, THIRD–PARTY DEFENDANT.

C–169 September Term 2017
079487

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004527–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.